**Order entered August 3, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01488-CR

**DOUGLAS STUART MALCOLM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-81103-2017**

## ORDER

Appellant's brief was initially due on April 25, 2018. We granted two motions for extension of time, making the brief due on June 25, 2018. In the second motion, we cautioned appellant that the failure to file a brief by June 25 might result in the appeal being abated for a hearing under rule 38.8(b)(3). To date, no brief or motion has been filed, and we have had no communication from appellant.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's

absence.  *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to the Honorable David Rippel, Presiding Judge, County Court at Law No. 4; to counsel Thomas Pappas; and to the Collin County District Attorney.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     LANA MYERS
        JUSTICE